IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIELLE JACOBS,

     Plaintiff,

vs.                                     Case No: 1:12-cv-85-MP-GRJ

TAKHAR COLLECTION SERVICES,
LTD., and DOE 1,

     Defendants.
_____/


## ORDER

     This case is before the Court on Plaintiff's Request for Entry of Default. (Doc. 7.) Plaintiff requests the entry of a Clerk's default against Defendant Takhar Collection Services, Ltd. ("Takhar") based on Takhar's failure to respond to the Complaint.  The docket reflects that Margaret Wilson, CT corporation, Takhar's registered agent, was served on May 30, 2012. Takhar did not file a response or other paper by June 20, 2012, the deadline for responding to the complaint.

     Pursuant to Fed. R. Civ. P. 55(a), "When a party against whom a judgment for affirmative relief is sought has failed to pleads or otherwise defend, and that failure has been shown by affidavit or otherwise, the clerk must enter the party's default."  Before a Clerk's default can be issued against the defaulting party, however, the serving party must establish the defaulting party was properly served.  *Miller v. Prime Management Recovery LLC*, No. 2:11–cv–308–FtM–29SPC,  2011 WL 4501379, at *1 (M.D. Fla. Sept. 28, 2011).

     Pursuant to Rule 4(h) of the Federal Rules of Civil Procedure, a business entity, like Takhar, may be served by delivering a copy of the summons and complaint to an

agent authorized by law to accept service of process.  Plaintiff served Takhar by serving

its registered agent, CT Corporation at its Los Angeles, California office and therefore

service of process appears to be proper.  Accordingly, Plaintiff's request for entry of a

clerk's default is due to be granted.

Upon due consideration, it is **ORDERED** that:

1.      Plaintiff's Request For Entry Of Default (Doc. 7) is **GRANTED**.

2.      The Clerk is directed to enter a Clerk's default against Defendant Takhar
        Collection Services, Ltd.

**DONE AND ORDERED** this 26th day of June 2012.

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge