UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIELLE JACOBS,

    VS                                                CASE NO.  1:12-cv-00085-MP-GRJ

TAKHAR COLLECTION SERVICES

**JUDGMENT**

      DEFAULT JUDGMENT is entered against the  defendant, Takhar Collection Services, Ltd., and in favor of the Plaintiff,  Danielle Jacobs in the amount of $1,000 in statutory damages, $360.90 in costs, and $1,112.50 in attorney's fees.

                                                JESSICA J. LYUBLANOVITS
                                                CLERK OF COURT

<u>October 12, 2012</u>
DATE                                       Deputy Clerk: Blair Patton